IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 04-cr-00463-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

QUNELL JEFFERSON,

    Defendant.

and

TMG MARKETING,

    Garnishee.

---

ORDER DISMISSING WRIT OF GARNISHMENT
(Docket no. 1315)

---

This matter coming before the Court on motion of the Plaintiff, and the Court being fully advised in the premises, the Court hereby **ORDERS** that the Motion to Dismiss Writ of Garnishment filed on in this case is GRANTED.

ORDERED and entered this 5th day of September, 2006.

BY THE COURT:

_____
UNITED STATES DISTRICT JUDGE

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE